**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Bulova Tech Riverside LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| R. Kent Hudson<br>319 Main Street<br>Natchez, MS 39120 | R. Kent Hudson<br>319 Main Street<br>Natchez, MS 39120 | | | 9,890.00 |
| Delta Fire Protection System<br>1916 Tucker Industrial Road<br>Tucker, GA 30084 | Delta Fire Protection System<br>1916 Tucker Industrial Road<br>Tucker, GA 30084 | | | 9,669.00 |
| Superior Gutter & Flashing<br>355 Scarbrough Circle<br>Richland, MS 39218 | Superior Gutter & Flashing<br>355 Scarbrough Circle<br>Richland, MS 39218 | | | 6,000.00 |
| The Gillon Group, PLLC<br>PO Box 1103<br>Natchez, MS 39121 | The Gillon Group, PLLC<br>PO Box 1103<br>Natchez, MS 39121 | | | 5,500.00 |
| MDES<br>PO Box 22781<br>Jackson, MS 39225-2781 | MDES<br>PO Box 22781<br>Jackson, MS 39225-2781 | | | 3,800.00 |
| Herring Gas Company, Inc.<br>PO Box 17890<br>Natchez, MS 39122 | Herring Gas Company, Inc.<br>PO Box 17890<br>Natchez, MS 39122 | | | 2,598.50 |
| Entergy<br>PO Box 8105<br>Baton Rouge, LA 70891-8105 | Entergy<br>PO Box 8105<br>Baton Rouge, LA 70891-8105 | | | 627.28 |
| Southwest MS Electric Power Association<br>PO Box 5<br>Lorman, MS 39096 | Southwest MS Electric Power Association<br>PO Box 5<br>Lorman, MS 39096 | | | 284.25 |
| Preferred Transport<br>PO Box 18607<br>Natchez, MS 39122 | Preferred Transport<br>PO Box 18607<br>Natchez, MS 39122 | | | 169.00 |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Bulova Tech Riverside LLC**        Case No. _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 12, 2010**       Signature    **/s/ John Stanton**
                                                               **John Stanton**
                                                               **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.